[No. 47736-0-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEXANDER PAUL ANDREW KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01267-5, Scott A. Collier, J., entered May 29, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 47753-0-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-8-00930-2, Susan Serko, J., entered June 2, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Lee and Melnick, JJ.

[No. 47836-6-II.   Division Two.   November 8, 2016.]

RORY HIGHAM, *Appellant*, v. PIERCE COUNTY PLANNING AND LAND SERVICES DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-01285-6, Erik D. Price, J., entered June 26, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47966-4-II.   Division Two.   November 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME ANTHONY BEECHUM, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 14-1-00488-8, Stephen E. Brown, J., entered August 24 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Worswick, J.